# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| WILLIE L. NELOMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV410-088 |
| AL ST. LAWRENCE, CHATHAM COUNTY DETENTION CENTER, CONNIE MILES, and PRISON HEALTH SERVICES, | ) ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

The complaint in this case is a line-for-line copy of another complaint Neloms filed in this district. *Neloms v. St. Lawrence*, No. CV410-076, doc. 1 (S.D. Ga. filed Mar. 25, 2010). Accordingly, this case should be **DISMISSED** as duplicative.

**SO REPORTED AND RECOMMENDED** this <u>3rd</u> day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA